**Order entered July 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00761-CV

**CITY OF DALLAS, Appellant**

**V.**

**MADELON COHEN, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08541**

## ORDER

We **GRANT** appellant's July 21, 2015 unopposed motion to abate interlocutory appeal to finalize settlement, **SUSPEND** the briefing deadlines, and **ABATE** the appeal. It shall be reinstated August 20, 2015 or upon motion by the parties to reinstate and dismiss or reinstate and reset the briefing deadlines, whichever occurs sooner.

/s/      CRAIG STODDART
          JUSTICE